**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| Walter Smith, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 1:18-cv-00451-MAC |
| vs. | § | |
| | § | Jury Trial Demanded |
| Classic Southeast Texas, Inc., | § | |
| Defendant. | § | |

## <u>NOTICE OF SETTLEMENT</u>

Notice is hereby given that Plaintiff Walter Smith ("Plaintiff") and Defendant, Classic Southeast Texas, Inc., have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: June 10, 2021

Respectfully submitted,

/s/ Russell S. Thompson IV
Russell S. Thompson IV
rthompson@thompsonconsumerlaw.com
Thompson Consumer Law Group, PC
5235 E. Southern Ave. D106-618
Mesa, AZ 85206
Telephone:     (602) 388-8898
Facsimile:     (866) 317-2674

*Attorneys for Plaintiff*
WALTER SMITH

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 10, 2021, I filed the foregoing document with the Court using

CM/ECF, which will send notification of such filing to all counsel of record.

<u>s/Russell S. Thompson IV</u>
Russell S. Thompson IV