# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| Walter Smith, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 1:18-cv-00451-MAC |
| vs. | § | |
| | § | Jury Trial Demanded |
| Classic Southeast Texas, Inc., | § | |
| Defendant. | § | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: December 8, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Russell S. Thompson IV | /s/ Gregory A Schlak |
| Russell S. Thompson IV | Gregory A Schlak |
| Thompson Consumer Law Group, PC | State Bar No. 00784921 |
| rthompson@thompsonconsumerlaw.com | gschlak@mga-law.com |
| 11445 E Via Linda, Ste. 2 #492 | 24 Greenway Plaza |
| Scottsdale, AZ 85259 | Suite 525 |
| Telephone: (602) 388-8898 | Houston, Texas 77046 |
| Facsimile: (866) 317-2674 | (713) 783-7070 - Telephone |
| | (713) 783-7157 –Facsimile |
| *Attorneys for Plaintiff* | |
| WALTER SMITH | *Attorneys for Defendant* |
| | CLASSIC SOUTHEAST TEXAS, INC. |

**CERTIFICATE OF SERVICE**

I certify that on December 8, 2021, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Russell S. Thompson IV
Russell S. Thompson IV
